IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROY O. DANIELS,

        Plaintiff,
v.                                            Case No. 5:14cv277-MW/GRJ

JOHN DOES,

        Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 40, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 42. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's Second Amended Complaint, ECF No. 39, is **STRICKEN and DISMISSED** without prejudice.

SO ORDERED on October 21, 2015.

                                                    s/Mark E. Walker
                                                    **United States District Judge**